UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA

     -against-                                  ADMINISTRATIVE CLOSURE
                                                                           CR - 05 -0051-07 DRH

SALVATOR URBINA
-----------------------------------------------------------------------X

       A review of the file indicates an arrest warrant was issued for e defendant, SALVATOR URBINA on July 31, 2009 and the defendant is a fugitive.

       IT IS HEREBY ORDERED the Clerk is directed to administratively close this case and reassign the judge to "Judge Unassigned". Should the defendant be arrested, the case will be reopened and reassigned to Judge Hurley.

       SO ORDERED.

                                                                                   DENIS R. HURLEY
                                                                         United States District Judge

Dated: Central Islip, New York
       October 27, 2010